AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>STEPHEN THOMAS CRAWFORD,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:16-MJ-565<br>)<br>)<br>) |

FILED DEC 12 2016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __07/2014 - 08/2015__ in the county of __Sterling__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252(a) | Certain Activities Relating to Material Involving the Sexual Exploitation of Minors |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA F. Nathaniel Smith, III, AUSA

*Complainant's signature*

Jenny M. Cutalo-Patterson, Special Agent, (FBI)

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/12/2016__

/s/
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, VA__

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*