IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:16-MJ-565 |
| ) | |
| STEPHEN THOMAS CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

FILED DEC 1 2 2016

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

1. I, Jenny M. Cutalo-Patterson, a Special Agent with the Federal Bureau of Investigation (FBI), Washington Field Division, Washington, D.C., being duly sworn, do hereby depose and state:

2. Your affiant has been employed with the FBI since October 2005, and is currently assigned to the Washington Field Office, Northern Virginia Resident Agency (NVRA). Since joining the FBI, I have investigated violations of federal law involving counterintelligence matters and currently investigate federal violations concerning child pornography and the sexual exploitation of children. I have gained experience in conducting such investigations through formal classroom training and on-the-job training with more experienced agents. Your affiant has been involved in investigations involving the exploitation of children, including offenses involving the dissemination of child pornography on the Internet via computer. I have also participated in numerous arrests and searches and interviewed numerous victims, witnesses, and suspects.

1

3. I submit this affidavit for the limited purpose of establishing probable cause in support of this application for a complaint and thus, it does not contain every fact gathered during the investigation.

## APPLICABLE STATUTES

4. This investigation concerns alleged violations of 18 United States Code, Section 2252, relating to material involving the sexual exploitation of minors.

5. Title 18, U.S.C. 2252(a) prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing or accessing with intent to view any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce using any means or facility of interstate or foreign commerce or in or affecting interstate and foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.

## INVESTIGATION OF STEPHEN CRAWFORD

7. On several days in July, August, and November 2014 and in February, March, April, May, July and August 2015, an Online Covert Employee (OCE) used a law enforcement tool to review a list of Internet Protocol ("IP") addresses that had recently been recorded as sharing, via a peer to peer (P2P) file sharing network, child pornography images and/or videos.

8. On the dates listed above, the tool indicated that the IP addresses 108.56.165.167 and 173.79.127.248 (herein after "the SUBJECT IPs") were used to share child pornography images and/or videos, and that they were currently connected to a P2P network. An IP address is unique to a particular computer during an online session, and provides a unique location to make it possible for data to be transferred between computers.

2

9. On several days in July, August, and November 2014 and in February, March, April, May, July and August 2015, the OCE logged onto the Internet in an undercover capacity and accessed a P2P network. The OCE used a P2P software client program to connect to the SUBJECT IPs and attempted to download files that had names that were indicative of child pornography.

10. The OCE initiated single source downloads from the SUBJECT IPs and obtained several files. Additionally, several other video/image files were attempted to be downloaded on various days as listed above, however no parts could be obtained.

11. For example, the following single source downloads from the SUBJECT IP were obtained during the above time frame along with the file descriptions.

12. The partial file with name " !!!New!!! (Pthc) 8Yo Tara 3 (Masturbate) – Sound.mpg" is a video file that depicts a naked pubescent female on her hands and knees. An adult male is observed repeatedly penetrating the child's anus first with an object and then digitally. The child can be heard whimpering and saying what sounds like "ow".

13. The partial file with name "Pthc – Kait 5Yo 2010 – Toddlergirl – Really Little Girl Takes Her Dads Dick Inside Her Pussy & Suck With Deepthroat (Rare).avi" is a video file that depicts a prepubescent female child lying on her back with her legs spread. The child begins to touch her vaginal area, spreading it open as the camera zooms in. A male hand is observed touching her briefly and spreading her vaginal area open.

14. The partial file with name "Pthc Compilation – Blowjobs.avi" is a video file that depicts a prepubescent female child performing oral sex on and masturbating an adult male. The video shows two additional children performing oral sex on an adult male.

15. According to an open source Internet research tool, the SUBJECT IPs were owned by Verizon. The research tool also indicated that the IP Addresses were assigned in the Sterling, Virginia area.

16. Pursuant to an administrative subpoena returns dated November 20, 2014 and July 28, 2015, Verizon revealed that during the time of the downloads the SUBJECT IPs, were assigned to John Crawford and the Internet Service was provided to 136 N Fillmore Ave, Sterling, VA (herein after, "SUBJECT PREMISES").

17. Open source law enforcement sensitive databases checked in August 2015 indicate that John Crawford and Stephen Crawford reside at the SUBJECT PREMISES. On December 31, 2014, physical surveillance was conducted at the SUBJECT PREMISES. A vehicle bearing Virginia tag WZY4714 was observed parked in the driveway of the SUBJECT PREMISES. The Virginia Department of Motor Vehicles provided this vehicle is registered to John Thomas Crawford at the SUBJECT PREMISES.

18. On September 3, 2015, a Federal search warrant was executed at the SUBJECT PREMISES. John Crawford and Stephen Crawford were determined to be residing at the SUBJECT PREMISES, however, only Stephen Crawford was present when the search was executed. As a result of the search warrant, 2 thumbdrives, 1 homemade computer tower, 1 laptop, and 2 external hard drives were seized.

19. Stephen Crawford was interviewed during the execution of the search warrant. Crawford stated that his father was currently in California as of August 25th and that no one else lived in the residence. Crawford provided which computers were his and indicated he is the primary user of the computers. Crawford informed he was familiar with peer to peer software and acknowledged using Utorrent. Crawford intially declined to answer if he utilized

4

any additional file sharing programs, however, he later indicated that he used eMule. Crawford acknowledged having child pornography and provided what devices the child pornography would be located on.

20. The items seized were forensically examined and the results were reviewed. All of the devices seized contained child pornography except for the laptop, as it did not contain a hard drive. There were approximately 2,570 videos consistent with child pornography recovered on the external hard drives and thumb drives. One of the hard drives contained folders that were titled by the name of the child pornography contained within it. For example, the "Jenny" folder contained 3 videos with Jenny in the title. Approximately 1,922 images and videos consistent with child pornography were additionally located on the homemade computer tower.

21. The following files as descriptions are examples of the video files recovered from the forensic exam:

- The file identified as "Jenny 6Yo Ass Fuck Hot.mp4" depicts a naked prepubescent female child lying on her back. An adult male penis has anal sex with the child. The child's legs are down at first and the raised up in the air. The adult male touches the child's vaginal area with his finger and rubs his penis on the area as well. The video is focused on the anal/vaginal area for its entirety.
- The file identified as "Jenny 9Yo 3 Clips Blows Dad.mpg" depicts a prepubescent female child bound with yellow rope on her wrists and legs. The child is wearing black stockings and has what appears to be a black collar around her neck. The child is observed performing oral sex on an adult male penis. The male rubs his hand on her vaginal area and possibly digitally penetrates the child. The video

5

changes to show the child with a black scarf covering her eyes while still bound performing oral sex on the male penis. The male again appears to digitally penetrate the child's vaginal area. The video then changes to show the child performing oral sex on the male penis with the collar on and no stockings or bound by the rope. At one point the rope can be seen on the bed by the child.

- The file identified as "Jenny play with dog.avi" depicts a naked prepubescent female child wearing a black collar performing oral sex on a dog.

22. The owner of the homemade computer tower is listed as "Stephen". "Stephen", "Stephen", and "Stephen-pc$" are the other user profiles found on the computer. A Chrome Autofill Profile of "Stephen Crawford" with an email address of "Diabeticboy6887@gmail.com" was observed. Additionally, several records in the Internet Explorer Main History are observed that are under the "Stephen" user and contain information consistent with child pornography.

23. There were 30 eMule search Keywords recovered that include the following "pthc 2015 fuck", "8y 2015", "pedo deepthroat", and "pthc blowjob". The eMule Known.met records saves all files eMule knows of whether they are shared files, files currently in the download list or downloaded in the past. For every file, information such as file size, filename, hash sets, hash values and some statistics are saved. If you delete this file, eMule will have to rehash all files on the next restart. There were 588 records recovered and most of which were for files that had names consistent with child pornography. For example, one such record has the name "valya 15 – 8yo mouthfucked, makes daddy cum (16m06s).avi" The eMule StoredSearches.met records provides information on the current open search tabs/results. There were 2174 records that were recovered that resulted in titles with names consistent with child

6

pornography. For example, one such title was "2015 Pthc – 5 Yo Fucked Slidemovie.avi" and "HMM-Gracel-Set 59(4.56).WMV." The search expressions used to generate this file list were consistent with the eMule search Keywords recovered. The unique eMule GUID, a user identification, forensically recovered matched the GUID of the individual who shared the files downloaded by the OCE.

24. LNK is a file extension for a shortcut file used by Microsoft Windows to point to an executable file. LNK stands for LiNK. Shortcut files are used as a direct link to an executable file. Several LNK files were forensically observed containing names consistent with child pornography. For example, the following path was linked "C:\Users\Stephen\Desktop\Incoming\2015(Pthc) Private 8yo esta AQUI Slave – Nancy 5yo-Full (18.03).divx".

25. The Windows Jump List allows the user to quickly view recently opened files or documents. During the forensic exam, several entries on the Windows Jump List were obtained that contained files consistent with child pornography. For example, one entry in the list was for a file with the following path, "C:\Users\Stephen\Desktop\Incoming\Arestra !(~Pthc Center~)(Opva)(2013) Nasty 8Yr Whore Youtube Video 3 of 3 Final Masturbate And Finger Licking Girl (Unpublished).avi".

## CONCLUSION

Based on the above information, I respectfully submit that there is probable cause to believe that STEPHEN THOMAS CRAWFORD violated Title 18, U.S.C. Section 2252(a), which makes it a federal crime for any person to knowingly receive, distribute or possess child pornography, by receiving and distributing child pornography within the Eastern District of

7

Virginia and request that a criminal complaint and arrest warrant be issued for STEPHEN THOMAS CRAWFORD.

/s/ Jenny M. Cutalo-Patterson
Special Agent Jenny M. Cutalo-Patterson
Federal Bureau of Investigation

Sworn and subscribed before me

this 12th day of December 2016, at Alexandria, Virginia

_____/s/_____ JFA
John F. Anderson
The Honorable John F. Anderson
UNITED STATES MAGISTRATE JUDGE