IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:17-CR-32 |
| v. | ) | |
| | ) | Count 1: 18 U.S.C. § 2252(a)(2) |
| STEPHEN THOMAS CRAWFORD, | ) | Receipt of Child Pornography |
| | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. § 2252(a)(4)(B) |
| | ) | Possession of Child Pornography |
| | ) | |
| | ) | Forfeiture Count 18 U.S.C. § 2253(a) |

FILED IN OPEN COURT

FEB 16 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## INDICTMENT

**February 2017 Term – at Alexandria**

### COUNT 1
(Receipt of Child Pornography)

THE GRAND JURY CHARGES THAT:

Between on or about September 3, 2014 until September 3, 2015, within the Eastern District of Virginia, the defendant, STEPHEN THOMAS CRAWFORD, did unlawfully and knowingly receive visual depictions of minors engaging in sexually explicit conduct using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, to wit: videos and still images depicting prepubescent children engaging in sexually explicit conduct including but not limited to sexual intercourse, oral sex, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(2))

THE GRAND JURY FURTHER CHARGES THAT:

## COUNT 2
(Possession of Child Pornography)

On or about September 3, 2015, in Sterling, Virginia, within the Eastern District of Virginia, the defendant, STEPHEN THOMAS CRAWFORD, did unlawfully and knowingly possess any visual depiction of a minor engaging in sexually explicit conduct that has been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using any materials which have been mailed and so shipped and transported, by any means including by computer; to wit: videos and still images depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B)).

## FOREFEITURE COUNT

Upon conviction for violating 8 U.S.C. § 2252(a)(2) defendant STEPHEN THOMAS CRAWFORD shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

1. **Black Homemade Tower, No Serial Number**
2. **ADATA 16GB Thumb Drive, No Serial Number**
3. **32GB Thumb Drive, No Serial Number**
4. **Western Digital 750GB HDD, Serial Number WCAU49784390**
5. **Cirago External Hard Drive, No Serial Number**

(Title 18, United States Code, Section 2253(a)).

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson of the Grand Jury

DANA J. BOENTE
UNITED STATES ATTORNEY

_____
Nathaniel Smith III
Kellen S. Dwyer
Assistant United States Attorneys