Date: 3-29-17   Judge: Lee   Reporter: Renecia Wilson
Time: 10:03 To 10:23   Interpreter: _____

UNITED STATES of AMERICA   Case Number: 1:17Cr32

vs.   1. Receipt of Child pornography
    2. Possession of child pornography + Forfeiture

Defendant's Name: Stephen Thomas Crawford
Counsel for Government: Fletcher Nathaniel Smith

Counsel for Defendant: Christopher Amolsch

Matter called for: ( ) Motions ( ) Setting Trial Date ( ) Change of Plea Hrg. ( ) Rule 35 ( ) Arraignment
( ) Magistrate Appeal ( ) Sentencing ( ) Rule 20 & Plea ( ) Supervised Release Viol. Hrg.
( ) Pre-Indictment Plea ( ) Plea (✓) Other: arraignment/plea

Defendant appeared: (✓) in person ( ) failed to Appear (✓) with Counsel ( ) without counsel ( ) through counsel

Filed in open court: ( ) Information ( ) Plea Agreement (✓) Statement of Facts (✓) Waiver of Indictment (✓) Discovery Order

Arraignment & Plea: Straight up to the Indictment w/out a written plea agreement.
(✓) WFA ( ) FA (✓) PG ( ) PNG   Trial by Jury: ( ) Demanded (✓) Waived

_____ Days to file Motions with Argument on _____ at _____

Defendant entered Plea of Guilty as to Count(s) 1 + Count 2 of the pending Indictment   Court Accepted Plea (✓)

Motion for Dismissal of Count(s) _____ ( ) by U.S. ( ) by Deft ( ) Order entered ( ) To Follow

Defendant directed to USPO for PSI: (✓) Yes ( ) No

Case continued to Fri. June 16, 2017 at 9:00 for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

Rule 35: US' Rule 35 motion for reduction of sentence ( ) Granted ( ) Denied;
Sentence of _____ months heretofore imposed is reduced to a term of _____

Probation/Supervised Release Hrg: Defendant ( ) Admits ( ) Denies violation of the conditions of probation/supervised release; Court: ( ) finds ( ) does not find defendant in violation of conditions of probation/supervised release.

Dft committed to custody of the US Atty General to serve a term of : _____ Months; ( ) Supervised Release terminated

5 yrs. is minimum / there's a mandatory minimum. Deft is Crim. History I.

All Exhibits must be filed with the Clerk _____ days prior to trial.

Bond Set at: $_____ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered ( ) Deft. Remanded ( ) Deft. Released on Bond (✓) Deft. Continued on Current Bond
Defendant is: ( ) In Custody ( ) Summons Issued (✓) On Bond ( ) Warrant Issued ( ) 1st appearance

Ltrs notes email sent 3-29-17